48 So.2d 472

**J. H. BYNUM, as Trustee, et al. v. BIRMINGHAM WATER WORKS CO.**

6 Div. 950.

Supreme Court of Alabama.

Oct. 26, 1950.

Jackson, Rives & Pettus, of Birmingham, for appellants.

Borden Burr, of Birmingham, for appellees.

SIMPSON, Justice.

This is a companion case of Birmingham Slag Company, v. Birmingham Water Works Co., Ala.Sup., 48 So.2d 193.[1] The two cases were tried as one on the same state of facts and the final decrees in each denied relief. Therefore, decision in Birmingham Slag Company v. Birmingham Water Works Company, supra, is dispositive of this appeal, and the decree here appealed from is affirmed on authority of that case.

Affirmed.

FOSTER, LAWSON, and STAKELY, JJ., concur.

1. Ante, p. 211.